FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COLUMBIA BASIN AG MANAGEMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEL MONTE FOODS INC,<br><br>Defendant. | No. 4:16-CV-05058-EFS<br><br>**ORDER DISMISSING CASE** |

On March 2, 2018, the parties filed a Stipulation for Order of Dismissal with Prejudice, ECF No. 77. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation for Order of Dismissal with Prejudice, **ECF No. 77**, is **GRANTED.**

**2.** All claims are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  2nd  day of March 2018.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge
